|         |                                      |
|---------|--------------------------------------|
| **To:** | The Honorable Max O. Cogburn, Jr.<br>U.S. District Court Judge |
| **From:** | Valerie G. Debnam<br>U.S. Probation Officer |
| **Subject:** | **Gonzalo Banuelos Perez**<br>Case Number: 0419 3:12CR00206- 003<br>**OUT-OF-COUNTRY TRAVEL** |
| **Date:** | 12/1/2017 |

FILED
CHARLOTTE, NC

DEC - 4 2017

US District Court
Western District of NC

NORTH CAROLINA WESTERN
MEMORANDUM



---

Mr. Perez appeared before Your Honor on February 25, 2014, for Conspiracy to Distribute and Possess with Intent to Distribute Marijuana. Mr. Perez was sentenced to twenty-eight (28) months imprisonment followed by a four (4) year term of supervised release. Supervised release began on December 29, 2014 in the Western District of North Carolina.

Mr. Perez has submitted an emergency request to travel to Mexico, for the purpose of saying good-bye to his sick father, who has Alzheimer's disease. Mr. Perez will leave on January 4, 2018, and return on January 15, 2018. He will be staying with his father at 24 De Febrero #1305 Col. Esperanza, Mexico.

Mr. Perez has maintained a stable residence and employment since he has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Mr. Perez be allowed to travel to Mexico as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: December 1, 2017

Max O. Cogburn Jr
United States District Judge